

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2015

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Marialyn Barnard, Justice
           Luz Elena D. Chapa, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing En Banc is hereby GRANTED. The motion is due May 18, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court